**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Vashaunte Anika Tate,

                              Plaintiff,

                -against-

Commissioner of Social Security,
                            Defendant.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 6/10/2026

26-cv-01296-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On April 27, 2026, the Commissioner of Social Security Administration filed the SSA administrative record and an affidavit of its service on Plaintiff. (ECF Nos. 12, 13). Plaintiff's brief was due 30 days later on May 27, 2026. The Court has not yet received any such brief. The Court *sua sponte* extends the deadline to submit Plaintiff's brief to **June 24, 2026**.

The Clerk of Court is respectfully directed to serve a copy of this Order on the *pro se* Plaintiff.

      **SO ORDERED.**

DATED:    White Plains, New York
           June 10, 2026

                                       _____
                                       VICTORIA REZNIK
                                       United States Magistrate Judge