**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Vashaunte Anika Tate,

                        Plaintiff,

                -against-

Commissioner of Social Security,
                        Defendant.
------------------------------------------------------------------X

       26-cv-01296-VR

       **ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On April 27, 2026, the Commissioner of Social Security Administration filed the SSA administrative record and an affidavit of its service on Plaintiff. (ECF Nos. 12, 13). Plaintiff's brief was due 30 days later on May 27, 2026. After not receiving any such brief, on June 10, 2026, the Court *sua sponte* extended the deadline to submit Plaintiff's brief to June 24, 2026. (ECF No. 14). The date has come and gone, and the Court still has not yet received any such brief. The Court *sua sponte* extends the deadline to submit Plaintiff's brief to **July 10, 2026**.

The Clerk of Court is respectfully directed to serve a copy of this Order on the *pro se* Plaintiff.

      **SO ORDERED.**

DATED:    White Plains, New York
             June 25, 2026

VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 6/25/2026